IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC McDONALD** | : | **CIVIL ACTION** |
| *Plaintiff pro se* | : | |
| | : | |
| v. | : | NO. 22-4757 |
| | : | |
| **JUDGE ABRAHAM KASSIS,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 3rd day of February 2023, upon consideration of Plaintiff Eric McDonald's *motion to proceed in forma pauperis*, (ECF No. 1), his Prisoner Trust Fund Account Statement, (ECF No. 2), and his *pro se* Complaint in Mandamus (ECF No. 3) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Eric McDonald, #5815, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Northampton County Prison or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to McDonald's inmate account; or (b) the average monthly balance in McDonald's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in McDonald's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to McDonald's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Northampton County Prison.

4. The Complaint in Mandamus is **DEEMED** filed.

5. For the reasons set forth in the Court's Memorandum, the Complaint in Mandamus is **DISMISSED, with prejudice**, as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*